FILED

09/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0135

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0135

_____

ISAAC DUPUIS,

      Plaintiff and Appellant,

    v.

STATE OF MONTANA DEPARTMENT OF
LABOR, UNEMPLOYMENT INSURANCE
DIVISION; UNEMPLOYMENT INSURANCE
APPEALS BOARD,

      Defendants and Appellees.

                               O R D E R

_____


      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Molly Owen, District Judge.

                               For the Court,

                               Electronically signed by:
                               Mike McGrath
                     Chief Justice, Montana Supreme Court
                               September 27 2023